JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**           Category No. II           Investigating Agency  ATF

City    Boston                  **Related Case Information:**

County  Suffolk                 Superseding Ind./ Inf. _____   Case No. _____
                                Same Defendant _____   New Defendant  x
                                Magistrate Judge Case Number   04M-1124-JGD
                                Search Warrant Case Number _____
                                R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   ANTONIO NAKIA REDRICK           Juvenile   ☐ Yes   ☒ No

Alias Name   unknown

Address   116 Norfolk Street, Dorchester, MA  02119

Birth date: 1974     SS#: 7502     Sex: M   Race: Hispanic     Nationality: USA

Defense Counsel if known: _____     Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Paul R. Moore           Bar Number if applicable   632312

Interpreter:   ☐ Yes   ☒ No       List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody _____   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty ____   ☐ Misdemeanor ____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: September 24, 2004       Signature of AUSA:   /s/ P.R. M____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy  _____

**Name of Defendant**   ANTONIO NAKIA REDRICK

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**District Court Case Number**  (To be filled in by deputy) _____

**Name of Defendant**    <u>ANTONIO NAKIA REDRICK</u>

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js45 - felon in possession - Redrick.wpd - 3/13/02