AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF ___MASSACHUSETTS___

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**ANTONIO NAKIA REDRICK**<br>DOB: 12/8/1974<br>SSN: 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 | **WARRANT FOR ARREST**<br><br>CASE NUMBER: 04M-1124-JGD |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___**ANTONIO NAKIA REDRICK**___

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   **X** Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Felon in Possession of a Firearm;**

in violation of Title ___18___ United States Code, Section ___922(g)(1)___.

___[signature]___   ___US Magistrate Judge___
Name of Issuing Officer   Title of Issuing Officer

___[signature]___   ___9/24/04   Boston, MA___
Signature of Issuing Officer   Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |